WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
McCOY LAW FIRM, P.C.
251 Post St., Suite 301
San Francisco, CA 94108
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
Email: mail@mccoyslaw.com

Attorney for Plaintiffs,
Jamie Singleton and
Chris Caroselli

## UNITED STATES DISTRICT COURT

## CENTAL DISTRICT OF CALIFORNIA

JAMIE SINGLETON and CHRIS CAROSELLI,

     Plaintiffs,

   v.

BAIL HOTLINE BAIL BONDS, INC.,
FUGITIVE RECOVERY INVESTIGATIONS,
INC., ANAHEIM POLICE DEPARTMENT,
CHAD CUMMINGS, MICHAEL DOHMANN,
ROBERT CORBETT, KEVIN PEDERSON, and
DOES 1-10, inclusive,

     Defendants.

_____

Case No. 8:22-cv-01826

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS AND DAMAGES:**

1. Excessive use of Force—42 U.S.C. §1983
2. Municipal Liability for Unconstitutional Customs and Practices —42 U.S.C. §1983
3. Assault
4. Battery
5. False Imprisonment
6. Intentional Infliction of Emotional Distress

**JURY TRIAL DEMANDED**

   Plaintiffs Jamie Singleton (hereinafter "Plaintiff" or "Ms. Singleton") and Chris Caroselli (hereinafter "Plaintiff" or "Mr. Caroselli") complain of the named Defendants related to their causes of action, as follows:

## INTRODUCTION

1.  On October 7, 2020, several Anaheim police officers, including but not limited to Defendants Chad Cummings (hereinafter "Officer Cummings" or "Mr. Cummings") and Michael Dohmann (hereinafter "Officer Dohmann" or "Mr. Dohmann") assisted former police officers Rodger Corbett (hereinafter "Mr. Corbett") and Kevin Pederson "hereinafter Mr. Pederson") in their private business of impersonating licensed bounty hunters to kidnap Plaintiff Jamie Singleton.

2.  At all times herein Defendants Mr. Pederson and Mr. Corbett were agents of Bail Hotline Bail Bonds, Inc. (hereinafter "BHBB") and Fugitive Recovery Investigations, Inc. (hereinafter "FRI").

3.  Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours in search of a person they believed was customer of BHBB and FRI.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers, including but not limited to Officer Cummings and Officer Dohmann about their illegal conduct.

4.  Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Ms. Singleton and held her against her will.

5.  Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Mr. Caroselli and physically assaulted him for trying to film their interactions with Ms. Singleton.

6.  This is an action for damages for False Imprisonment, Assault, Battery, Intentional Infliction of Emotional Distress, Violations of 42 U.S.C. §1983, as well as Municipal Liability for Unconstitutional Customs and Practices under 42 U.S.C. §1983.

**JURISDICION AND VENUE**

7.   This civil action is brought for the redress of alleged deprivations of constitutional rights as protected by 42 U.S.C. §1983 and the First, Fourth, and Fifth Amendments of the Constitution of the United States. Jurisdiction is founded on 28 U.S.C. §§1331 and 1343(a)(3).

8.   Venue is proper in this Court under 28 U.S.C. §1391(b) and §1391(b)(2) because Defendants reside in, and/or all incidents, events, or occurrences giving rise to this action occurred in, the County of Orange in the State of California.

**THE PARTIES**

9.   Plaintiff Jamie Singleton is a woman who at all times herein resided in Orange County, CA. Ms. Singleton was kidnapped and handcuffed by Defendants Mr. Corbett and Mr. Pederson and drove her around for several hours.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers about their illegal conduct.

10. Plaintiff Chris Caroselli is a man who at all times herein resided in Orange County, CA. Mr. Caroselli was assaulted and verbally abused when he tried to film the interactions of Defendants with Ms. Singleton.

11. Defendant Anaheim Police Department is a police department in Orange County, CA.

12. Defendant Chad Cummings is a police officer with Anaheim Police Department.

13. Defendant Michael Dohmann is a police officer with Anaheim Police Department.

14. Defendant Bail Hotline Bail Bonds, Inc. is a corporation duly organized and existing under the laws of the State of California operating as a bail bond company.

15. Defendant Fugitive Recovery Investigations, Inc.  is a corporation duly organized and

existing under the laws of the State of California operating as a bail bond company.

16. Defendant Robert Corbett is an agent of Defendants BHBB and FRI.

17. Defendant Kevin Pederson is an agent of Defendants BHBB and FRI.

18. Plaintiffs incorporate DOES 1 through 10, inclusive, herein under fictitious names. Plaintiffs do not know their true names and capacities. When Plaintiffs ascertain the Doe defendants' true names and capacities, Plaintiffs will amend this complaint by inserting their true names and capacities. Plaintiffs are informed and believe, and on the basis of that information and belief, allege that each defendant named herein as a Doe acted with the other defendants and is responsible for the damages to Plaintiffs herein alleged. Each reference in this complaint to Defendants, or to any of them, also refers to all Defendants sued under fictitious names.

19. Plaintiffs are informed and believe, and thereon alleges that, at all times herein mentioned, each of the Defendants, including each of the DOE Defendants, are responsible in some manner for one or more of the events and happenings, and proximately caused the injuries and damages, hereinafter alleged.

20. Plaintiffs are informed and believe, and on the basis of that information and belief, allege that each of the Defendants sued herein are the agents, servants, employees, licensees, guarantees, invitees, or assignees of each other, and in doing the things herein alleged acted within the course and scope of such agency, employment guaranty, assignment, license, invitation and/or relationship and with the full knowledge and consent of the other.

21. At all relevant times mentioned herein, Defendants aided and abetted the acts and omissions of the other Defendants in proximately causing the damages alleged herein.

**STATEMENT OF FACTS**

22. On October 7, 2020, several Anaheim police officers assisted former police officers

Mr. Corbett and Mr. Pedersen in their private business of impersonating bounty hunters.

23. Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours, while they allegedly attempted to apprehend a client.

24. During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers about their illegal conduct

25. Anaheim police officers should have never assisted nor responded to Mr. Corbett's and Mr. Pederson's request to apprehend a private citizen.

26. Both Mr. Corbett, a former Fullerton police sergeant, and Mr. Pederson, a former Anaheim police officer, were prior to this incident involuntarily removed from their respective law enforcement positions under clouds of controversy.

27. In 2018, Mr. Corbett accepted a court offer requiring him to plead guilty to filing a false police report stemming from a 2016 drunk-driving crash involving then-Fullerton City Manager Joe Felz.

28. Over the Orange County District Attorney's office objection, Mr. Corbett avoided jail time by entering a pretrial diversion program, performing 80 hours of community service, and agreeing to no longer work in law enforcement.

29. Mr. Pederson was fired during his probationary term with the Anaheim Police Department after his involvement in the shooting and killing of a man in 2018.

30. The man died following a car chase in a busy residential neighborhood, in which Pederson and his partner fired more than 76 gunshots. Mr. Pederson fired the bulk of the gunshots, a District Attorney's investigation later found.

31. The District Attorney's report sharply criticized the actions of Mr. Pederson and his

partner, though it also determined there wasn't enough evidence to file criminal charges for the killing of Eliuth Nava Penaloza.

32. The City of Anaheim later agreed to a $2.9 million settlement with Penaloza's family members.

33. After their respective terminations, Mr. Corbett and Mr. Pederson continued to impersonate police officers and falsely represent themselves as licensed bounty hunters. Anaheim police officers assisted Mr. Corbett and Mr. Pederson in perpetuating this fraud on members of the public, including Ms. Singleton and Mr. Caroselli.

34. When Mr. Caroselli attempted to videotape the Defendants' unlawful detainment of Ms. Singleton, Defendants acted in concert to violate Mr. Caroselli's rights protected under Article I, Section 2 of the California Constitution and the First Amendment to record police officers in the commission of the false imprisonment of Ms. Singleton.

## FIRST CAUSE OF ACTION
### Excessive use of Force—42 U.S.C. §1983
### (Against Defendants Mr. Cummings, Mr. Dohmann, BHBB, FRI, Mr. Corbett, and Mr. Pederson)

35. Plaintiffs incorporate by reference the factual allegations in paragraphs 1 through 34 above.

36. A private individual may be liable under § 1983 if he conspired or entered joint action with a state actor.

37. At all relevant times herein Mr. Corbett and Mr. Pederson were working as employees and/or agents of FRI and BHBB.

38. On October 7, 2020, several Anaheim police officers, including but not limited to Mr.

COMPLAINT
6

Cummings and Mr. Dohmann, assisted former police officers Mr. Corbett and Mr. Pederson in their private business of impersonating licensed bounty hunters to kidnap Ms. Singleton.

39. At all times herein Mr. Pederson and Mr. Corbett were employed by and/or agents of FRI and BHBB.

40. Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours in search of a person they believed was customer of FRI and BHBB.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers, including but not limited to Mr. Cummings and Mr. Dohmann, about their illegal conduct.

41. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Ms. Singleton and held her against her will.

42. Officer Cummings and Mr. Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Mr. Caroselli and physically assaulted him for trying to film their interactions with Ms. Singleton.

43. Defendants Mr. Corbett and Mr. Pederson acted jointly or in concert with Anaheim police officers, including but not limited to Mr. Dohmann and Mr. Cummings to violate Ms. Singleton's rights provided by the Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution.

44. Defendants Mr. Corbett and Mr. Pederson acted jointly or in concert with Anaheim police officers to violate Mr. Caroselli's rights provided by the First, Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution.

## SECOND CAUSE OF ACTION
### Municipal Liability for Unconstitutional Customs and Practices —42 U.S.C. §1983
### (As to Defendant Anaheim Police Department)

45. Plaintiffs incorporate by reference the factual allegations set forth in paragraphs 1 through 44 above.

46. Plaintiffs allege that the acts and/or omissions alleged in the Complaint herein are indicative and representative of a repeated course of conduct by members of Defendant Anaheim Police Department tantamount to a custom, policy, or repeated practice of condoning and tacitly encouraging the abuse of police authority, and disregard for the rights of individuals, such as Plaintiffs.

47. Plaintiffs are informed and believe that Defendant Anaheim Police Department had a history of unlawfully supporting unlicensed citizens in their private bounty hunter business and attacking members of the public.  Defendant Anaheim police, together with various officials, whether named or unnamed, had either actual or constructive knowledge of this history. Despite having knowledge as stated above, Defendant Anaheim Police Department condoned, tolerated, and through action and/or inaction ratified such custom and practice. Said Defendant also acted with deliberate indifference to the foreseeable effects and consequences of these customs/practices with the respect to the constitutional rights of Plaintiffs.

48. By reason of this custom and practice implemented and maintained by Defendant Anaheim Police Department, Plaintiffs were injured. Accordingly, Defendant Anaheim Police Department is liable to Plaintiffs for compensatory damages pursuant to 42 U.S.C. §1983.

### THIRD CAUSE OF ACTION
**Assault**
**(As to Defendants Mr. Cummings, Mr. Dohmann, BHBB, FRI, Mr. Corbett, and Mr. Pederson)**

49. Plaintiffs incorporate by reference the factual allegations set forth in paragraphs 1 through 48 above.

50. At all relevant times herein Mr. Corbett and Mr. Pederson were working as employees and/or agents of FRI and BHBB.

51. On October 7, 2020, several Anaheim police officers, including but not limited to Officer Cummings and Officer Dohmann assisted former police officers Mr. Corbett and Mr. Pederson in their private business of impersonating licensed bounty hunters to kidnap Ms. Singleton.

52. At all times herein Defendants Mr. Pederson and Mr. Corbett were employed by and/or agents of FRI and BHBB.

53. Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours in search of a person they believed was customer of FRI and BHBB.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers, including but not limited to Mr. Cummings and Mr. Dohmann, about their illegal conduct.

54. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Ms. Singleton and held her against her will.

55. Officer Cummings and Officer Dohmann along with Mr.  Corbett and Mr. Pederson threatened physical violence against Mr. Caroselli and physically assaulted him for trying to film their interactions with Mr. Singleton.

56. Plaintiffs allege that Defendants repeatedly threatened them with physical violence and

knowingly made Plaintiffs apprehend a harmful or offensive touching.

57. Plaintiffs explicitly did not consent to the threatened touching.

58. Plaintiff were offended by the threatened touching.

59. Therefore, Plaintiffs are entitled to recovery for all damages proximately caused by their apprehension of Defendants' offensive touching, including, but not limited to, general damages and special damages.

60. Plaintiffs are informed and believe and thereon allege that Defendants' acts alleged herein are malicious, oppressive, despicable, and in conscious disregard of the Plaintiffs' rights. As such, punitive damages are warranted against the non-governmental entity Defendants in order to punish them and make an example of their actions.

### FOURTH CAUSE OF ACTION
**Battery**
**(As to Defendants Mr. Cummings, Mr. Dohmann, BHBB, FRI, Mr. Corbett, and Mr. Pederson)**

61. Plaintiffs incorporate by reference the factual allegations set forth in paragraphs 1 through 60 above.

62. On October 7, 2020, several Anaheim police officers, including but not limited to Mr. Cummings and Mr. Dohmann, assisted former police officers Mr. Corbett and Mr. Pederson in their private business of impersonating licensed bounty hunters to kidnap Ms. Singleton.

63. At all times herein Defendants Mr. Pederson and Mr. Corbett were employed by and/or agents of FRI and BHBB.

64. Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours in search of a person they believed was customer of FRI and BHBB.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant

communication with Anaheim police officers, including but not limited to Officer Cummings and Officer Dohmann, about their illegal conduct.

65. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Ms. Singleton and held her against her will.

66. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Mr. Caroselli and physically assaulted him for trying to film their interactions with Plaintiff Singleton.

67. Defendants touched Plaintiffs with intent to harm or offend.

68. Plaintiffs did not consent to the touching.

69. Plaintiffs were offended by the touching.

70. Therefore, Plaintiffs are entitled to recovery for all damages proximately caused by Defendants' offensive touching, including, but not limited to, general damages and special damages.

71. Plaintiffs are informed and believe and thereon alleges that Defendants' acts alleged herein are malicious, oppressive, despicable, and in conscious disregard of the Plaintiffs' rights. As such, punitive damages are warranted against the non-governmental entity Defendants in order to punish them and make an example of their actions.

### FIFTH CAUSE OF ACTION
**False Imprisonment**
**(As to Defendants Mr. Cummings, Mr. Dohmann, BHBB, FRI, Mr. Corbett, and Mr. Pederson)**

72. Plaintiffs incorporate by reference the factual allegations set forth in paragraphs 1 through 71 above.

73. On October 7, 2020, several Anaheim police officers, including but not limited to Mr.

COMPLAINT
11

Cummings and Mr. Dohmann, assisted former police officers Mr. Corbett and Mr. Pederson in their private business of impersonating licensed bounty hunters to kidnap Ms. Singleton.

74. At all times herein Defendants Mr. Pederson and Mr. Corbett were employed by and/or agents of FRI and BHBB.

75. Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours in search of a person they believed was customer of FRI and BHBB.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers, including but not limited to Officer Cummings and Officer Dohmann, about their illegal conduct.

76. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Plaintiff Singleton and held her against her will.

77. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Mr. Caroselli and physically assaulted him for trying to film their interactions with Ms. Singleton.

78. Ms. Singleton claims that she was wrongfully restrained, confined, and detained by Defendants on October 7, 2020.

79. Defendants intentionally deprived Ms. Singleton of her freedom of movement by use of physical barriers, force, and threats of force.

80. The restraint, confinement, and detention compelled Ms. Singleton to stay in the presence of Defendants in fear of physical harm.

81. Ms. Singleton did not knowingly or voluntarily consent to Defendants' restraint, confinement, and detention of her person.

82. Ms. Singleton was actually harmed, and Defendants conduct was a substantial factor in

causing her harm.

## SIXTH CAUSE OF ACTION
### Intentional Infliction of Emotional Distress
**(As to Defendants Mr. Cummings, Mr. Dohmann, BHBB, FRI, Mr. Corbett, and Mr. Pederson)**

83. Plaintiffs incorporate by reference the factual allegations in paragraphs 1 through 82 above.

84. On October 7, 2020, several Anaheim police officers, including but not limited to Mr. Cummings and Mr. Dohmann, assisted former police officers Mr. Corbett and Mr. Pederson in their private business of impersonating licensed bounty hunters to kidnap Ms. Singleton.

85. At all times herein Defendants Mr. Pederson and Mr. Corbett were employed by and/or agents of FRI and BHBB.

86. Specifically, Mr. Corbett and Mr. Pederson kidnapped and handcuffed Ms. Singleton and drove her around for several hours in search of a person they believed was customer of FRI and BHBB.  During this timeframe, Mr. Corbett and Mr. Pederson were in constant communication with Anaheim police officers, including but not limited to Officer Cummings and Officer Dohmann, about their illegal conduct.

87. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Plaintiff Singleton and held her against her will.

88. Officer Cummings and Officer Dohmann along with Mr. Corbett and Mr. Pederson threatened physical violence against Mr. Caroselli and physically assaulted him for trying to film their interactions with Ms. Singleton.

89. Defendants' outrageous conduct, including the offensive touching, was made with reckless disregard of the probability of causing emotional distress.

90. Defendants' conduct was in fact a proximate cause of severe emotional distress for Plaintiffs.

91. Assault and Battery by their very nature are outrageous conduct which is actionable under a theory of intentional infliction of emotional distress.

92. Defendants' conduct was in fact a proximate cause of severe emotional distress for Plaintiffs.

93. As such, the Plaintiffs are entitled to recover for all damages proximately caused by Defendants' intentional infliction of emotional distress, including, but not limited to, general damages and special damages.

94. Plaintiffs are informed and believe and thereon allege that the Defendants' acts alleged herein are malicious, oppressive, despicable, and in conscious disregard of the Plaintiffs' rights. As such, punitive damages are warranted against the non-governmental entity Defendants in order to punish them and make an example of their actions.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for relief as follows:

1. For general damages in amounts according to proof;

2. For special damages in amounts according to proof;

3. For punitive damages against Defendants Rodger Corbett and Kevin Pederson pursuant to 42 U.S.C. §1988, and any other applicable laws or statutes, in an amount sufficient to deter and make an example of each non-governmental entity defendant;

4. For attorney's fees as provided by law;

1

DATED: October 5, 2022                    By:     **/s/ Waukeen McCoy**
                                                  Waukeen McCoy
                                                  Attorney For Plaintiffs,
                                                  Jamie Singleton and Chris Caroselli

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28