# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JAMIE SINGLETON and CHRIS CAROSELLI,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>BAIL HOTLINE BAIL BONDS, INC. FUGITIVE RECOVERY INVESTIGATIONS, INC. ANAHEIM POLICE DEPARTMENT, CHAD CUMMINGS, MICHAEL DOHMANN, ROBERT CORBETT, KEVIN PEDERSON, AND DOES 1-10, INCLUSIVE,<br>　　　Defendants, | Case No.: 8:22-CV-01826-MRA-KES<br><br>[PROPOSED] ORDER GRANTING MOTION TO ALLOW FOR WITHDRAWAL OF ATTORNEY OF RECORD ON BEHALF OF DEFENDANTS CORBETT AND PEDERSEN<br><br>Date: May 2, 2024<br>Time: 1:30 PM<br>Crtm: 10B<br><br>Trial Date: None Set<br><br>Assigned to Hon. **Mónica Ramírez Almadani** |

ON APRIL 4, 2024, ATTORNEY BRENDAN PEGG, FILED A MOTION TO BE ALLOWED TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS KEVIN PEDERSEN AND RODGER JEFFREY CORBETT.

THE DECLARATION FILED WITH THE MOTION SETS FORTH, IN GENERAL TERMS, THE GOOD CAUSE IN SUPPORT OF THE REQUEST. DEFENDANTS KEVIN PEDERSEN AND RODGER JEFFREY CORBETT HAVE, TO DATE, DECLINED TO SIGN FORM G-01 ALLOWING FOR WITHDRAWAL OF ATTORNEY BRENDAN PEGG.

THE COURT, HAVING CONSIDERED THE MOTION, AND FINDING GOOD CAUSE THEREFORE, HEREBY GRANTS THE REQUEST AND ORDERS AS FOLLOWS:

BRENDAN PEGG IS ALLOWED TO WITHDRAW AS ATTORNEY OF RECORD FOR KEVIN PEDERSEN AND RODGER JEFFREY CORBETT IN THIS MATTER.

BRENDAN PEGG SHALL SERVE A COPY OF THIS ORDER ON DEFENDANTS KEVIN PEDERSEN AND RODGER JEFFREY CORBETT, AND THEN FILE PROOF OF SUCH SERVICE. AFTER WHICH, THE COURT RECORD WILL REFLECT THAT DEFENDANTS KEVIN PEDERSEN AND RODGER JEFFREY CORBETT WILL BE REPRESENTING THEMSELVES IN PRO SE UNTIL SUCH A TIME AS THEY SUBSTITUTE IN NEW COUNSEL.

IT IS SO ORDERED.

DATED: _____

                                                _____
                                                HON. MÓNICA RAMÍREZ ALMANANI
                                                UNITED STATES DISTRICT JUDGE