# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SINGLETON AND CHRIS CAROSELLI, <br><br> Plaintiff, <br><br> v. <br><br> BAIL HOTLINE BAIL BONDS, INC.; FUGITIVE RECOVERY INVESTIGATIONS, INC., ANAHEIM POLICE DEPARTMENT, CHAD CUMMINGS, MICHAEL DOHMANN, ROBERT CORBETT, KEVIN PEDERSON, AND DOES 1-10, Inclusive, <br><br> Defendants. | Case No.:   8:22-cv-01826-MRA (KESx) <br><br> Assigned to: Hon. Monica Ramirez Almadani <br> Dept.:   Ctrm. 9B <br><br> **JUDGMENT** <br><br> Action Filed:   October 7, 2022 <br> Trial Date:   No Date Set |

|   |   |
|---|---|
| 1 | The Renewed Motion for Summary Judgment ("MSJ") of Defendants |
| 2 | ANAHEIM POLICE DEPARTMENT, CHAD CUMMINGS, and MICHAEL |
| 3 | DOHMANN (the "Anaheim Defendants") [ECF No. 143], came on for hearing |
| 4 | before this Court via Zoom on December 2, 2024, and Robert J. Tyson, Assistant |
| 5 | City Attorney, appeared as attorney for Defendants.  Brandon Anand and |
| 6 | Waukeen McCoy appeared as attorneys for Plaintiff, Jamie Singleton |
| 7 | ("Plaintiff").  Appearances of other parties are noted in the record.  [ECF No. |
| 8 | 182] |
| 9 | On July 25, 2025, the Court issued its formal Order GRANTING the |
| 10 | Anaheim Defendants' MSJ and dismissing them from this action entirely [ECF. |
| 11 | No. 190] (while granting in part other defendants' motion for summary |
| 12 | judgment), which order is incorporated by reference herein and sets forth the |
| 13 | Court's reasons for granting the MSJ of the Anaheim Defendants.  This judgment |
| 14 | follows. |

## **JUDGMENT**

The Court having GRANTED the Anaheim Defendants' Renewed Motion for Summary Judgment, the Court having found that the Anaheim Defendants are entitled to judgment as a matter of law, and the Court having issued its findings, ruling and orders regarding the Anaheim Defendants' MSJ [ECF No. 190], which findings, rulings and orders are incorporated by reference herein, issues the following further order and judgment as to the Anaheim Defendants.

NOW THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that the Anaheim Defendants' MSJ having been granted, that Plaintiff's complaint and all causes of action against the Anaheim Defendants are dismissed with prejudice as to the Anaheim Defendants, that the action is dismissed on the merits as against the Anaheim Defendants, that judgment is entered in favor of ANAHEIM POLICE DEPARTMENT, CHAD CUMMINGS, and MICHAEL DOHMANN, and against Plaintiff, that Plaintiff shall take nothing by her

1  complaint filed herein against the Anaheim Defendants, and that the Anaheim
2  Defendants shall recover from Plaintiff Jamie Singleton their costs incurred in
3  this action.
4        Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure this
5  judgment becomes appealable once the entire case against all the remaining
6  defendants is adjudged or dismissed.

Dated: November 18, 2025

By: _____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2